1  Jefferson T. Collins, Bar #016428
2  JONES, SKELTON & HOCHULI, P.L.C.
   40 North Central Avenue, Suite 2700
3  Phoenix, Arizona  85004
   Telephone:  (602) 263-1700
4  Fax:  (602) 200-7825
   jcollins@jshfirm.com
5  Attorneys for Defendant Target Stores, Inc.

6
7                    **UNITED STATES DISTRICT COURT**
8                         **DISTRICT OF ARIZONA**

| | |
|---|---|
| Shauna Lewis, individually, | NO. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | |
| Target Stores, Inc., a foreign entity; Joh Does I-X and Jane Does  I-X, individually and/or as husband and wife; Black Corporations I-X and White Limited Partnerships, I-X, | |
| Defendants. | |

16          Defendant Target Stores, Inc., by and through undersigned counsel, files this

17  Notice of Removal of this action to the United States District Court for the District of

18  Arizona and states as follows:

19          1.     On or about December 17, 2020, this action was commenced against

20  Defendants in the Superior Court of the State of Arizona, in and for the County of Pima

21  under the caption *Shauna Lewis v. Target Stores, Inc., et al*.  Copies of the initial

22  pleadings are attached hereto as Exhibit A.  Defendant was served by process on January

23  22, 2021.

24          2.     Target Stores, Inc. is a Minnesota Corporation with its principal place

25  of business in Minneapolis, Minnesota.  According to the Complaint, Plaintiff is a resident

26  and citizen of Pima County, Arizona.

27
28

9119897.1

3.     This Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of different states. Plaintiff's Complaint does not specify precise damages claimed, however the pre-litigation settlement demand was in the amount of $250,000.   Based upon this information, the amount in controversy exceeds the jurisdictional limits for diversity jurisdiction.   Therefore, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, et seq.

4.     Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Yuma.

5.     A Notice of Filing Notice of Removal was filed with the Superior Court and a copy of the same is attached as Exhibit B.

WHEREFORE, Defendant Target Stores, Inc. respectfully requests that this action be removed to this Court.

DATED this 5th day of February 2021.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Jefferson T. Collins
Jefferson T. Collins
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendant Target Stores, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of February 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Kathy Kleinschmidt