# EXHIBIT A



Person/Attorney Filing: Thomas J Howard
Mailing Address: 2701 East Camelback Road Suite 140
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602)977-1900
E-Mail Address: gdeleon@lernerandrowe.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 009125, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

Shauna Lewis
Plaintiff(s),
v.
Target Stores, Inc.
Defendant(s).

Case No. C20205595

**SUMMONS**

HON. LESLIE MILLER

To: Target Stores, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #5247858

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of PIMA



SIGNED AND SEALED This Date: 12/17/2020

Gary Harrison
Clerk of the Superior Court

By: ALAN WALKER /s/
       Deputy Clerk

|  |  |
|---|---|
| **LERNER & ROWE, P.C.**<br>Thomas J. Howard, SBN 09125<br>2701 E. Camelback Rd., Ste. 140<br>Phoenix, AZ 85016<br>Telephone: (602) 977-1900<br>Fax: (602) 977-1901<br>thoward@lernerandrowe.com<br>minute_entries@lernerandrowe.com<br>*Attorney for Plaintiff* | FILED<br>Gary Harrison<br>CLERK, SUPERIOR COURT<br>12/17/2020 11:35:09 AM<br>BY: ALAN WALKER /S/<br>DEPUTY<br>Case No. C20205595<br>HON. LESLIE MILLER |

### IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| SHAUNA LEWIS, Individually,<br><br>                    Plaintiff,<br>vs.<br><br>TARGET STORES, INC., a Foreign Entity;<br>JOHN DOES I-X and JANE DOES I-X, individually<br>and/or as husband and wife; BLACK<br>CORPORATIONS I-X and WHITE LIMITED<br>PARTNERSHIPS I-X,<br><br>                    Defendant. | No. _____<br><br>**COMPLAINT**<br><br>(Tort/Non Motor Vehicle -<br>Premises Liability; Negligence) |

Plaintiff, by and through counsel undersigned, for her Complaint hereby alleges as follows:

### **PARTIES**

1. Plaintiff is a resident of Tucson, Pima County, Arizona.

2. Defendant Target Stores, Inc. is a Minnesota company authorized to conduct business in the State of Arizona.

3. Defendant John and Jane Does I – X are individuals and/or married couples whose identities are presently unknown to Plaintiff, and so are sued under an alias. The true names of Defendant John and Jane Does I – X will be substituted when the true

- 1 -

names are learned. Defendant John and Jane Does I - X, if married, at all times relevant hereto acted for and on behalf of their marital community.

4. Defendant Black Corporations I – X and White Corporations I - X are corporations, limited partnerships, limited liability concerns, or other business entities, either chartered within Arizona or authorized to do business in the State of Arizona, but whose identities are presently unknown to Plaintiff, and so are sued under an alias. The true names of Defendant Black Corporations I – X and White Corporations I – X will be substituted when their true names are learned.

## GENERAL ALLEGATIONS

5. Plaintiff reallege and incorporate herein by this reference the allegations in Paragraphs 1 through 4 of her Complaint as though expressly set forth herein.

6. At all times relevant hereto, Defendant, and each of them, owned, operated and maintained the Target store located at 9615 E Old Spanish Trail, Tucson, AZ 85748 (hereinafter referred to as "the Store").

7. Defendant, and each them, caused certain acts to occur on December 23, 2018, in Tucson, Pima County, Arizona.

8. Defendant, and each of them, are liable in tort for the acts and omissions caused by them on or about December 23, 2018, in Tucson, Pima County, Arizona.

9. Defendant, and each of them, are liable in tort for the acts and omissions of their agents, servants, employees, contractors, and subcontractors on or about December 23, 2018, in Tucson, Pima County, Arizona.

## COUNT I – NEGLIGENCE

10. Plaintiff reallege and incorporate herein by this reference the allegations in Paragraphs 1 through 9 of her Complaint as though expressly set forth herein.

11. On or about December 23, 2018, Plaintiff was an invitee at Defendant's Store.

12. On or about December 23, 2018, in the exercise of due care, Plaintiff was walking out of the store when her foot gave out to an uneven surface, causing Plaintiff to lose her balance and subsequently fall causing her to sustain severe and permanent injuries.

13. As a direct result of the Defendant's breach of duty, Plaintiff suffered serious injuries with attendant pain and suffering.

14. While as an invitee at the Defendant's Store, Plaintiff was injured by a condition that was unexpected, unknowable, and dangerous to her. There were no warnings and/or cautionary signs posted to alert Plaintiff and/or other invitees to the potentially harmful hazard that was present on the Defendant's Store.

15. At no time did the Defendant, and each of them, and/or any of their agents, issue a warning to the Plaintiff and/or other invitees of the Store of the potential hazard that was present.

16. The Defendant's Store was poorly maintained or otherwise allowed to remain in a condition which was hazardous to the health of the Plaintiff.

17. Maintenance of the Defendant's Store was the obligation of the Defendant, and each of them. This non-delegable duty required that the Store be maintained in a condition, which was safe and free from known and unknown hazards and to protect

invitees from dangers, and that the Defendant, and each of them, inspect the Store for such hazards.

18. By reason of the acts and omissions set forth above, Defendant, and each of them, breached their duty to Plaintiff to offer a safe and hazard-free environment, which directly resulted in Plaintiff's fall and severe injuries.

19. As a direct and proximate result of Defendant, and each of them, tortuous actions, Plaintiff was injured and has incurred and will incur medical and other expenses as well as personal injury, pain and suffering.

20. Defendant, and each of them, were negligent by not inspecting the Store for this hazard and/or for failing to warn Plaintiff of the dangerous condition upon the Store.

21. Defendant, and each of them, and their agents, servants, employees, contractors and subcontractors' negligent, wanton, careless and reckless inspection and maintenance of the Store, and creation of a hazard upon the Store, directly and proximately caused Plaintiff to experience great pain and suffering, inconvenience, curtailment of her usual activities, loss of enjoyment of life, and will cause Plaintiff to experience great pain of body and mind, inconvenience, loss of enjoyment, and pain and suffering in the future.

22. Defendant's, and each of them, negligent, wanton, careless and reckless inspection and maintenance upon Defendant's Store, and creation of a hazard upon the Store, directly and proximately caused Plaintiff to incur expenses for medical treatment and expenses for related treatment and care as a result of injuries sustained in this incident, and will continue to incur such expenses in the future.

23. By reason of the acts and omission set forth above, Defendant, and each of them, breached their duty to Plaintiff to offer a safe and hazard-free environment, which directly resulted in Plaintiff's injuries.

24. As a direct and proximate result of Defendant's, and each of them, tortuous actions, Plaintiff was injured and has incurred and will incur medical and other expenses as well as personal injury, pain and suffering.

25. Defendant, and each of them, breached that duty of care, directly and proximately causing Plaintiff's damages.

26. Defendant's, and each of them, actions were in violation of certain Arizona statutes, thereby constituting negligence *per se*.

**WHEREFORE**, Plaintiff prays for Judgment against Defendant, and each of them, as follows:

1. For general damages in an amount to be proven at trial of this matter;
2. For special damages in an amount to be proven at trial of this matter;
3. For such other and further relief as this Court deems meet and just.

. . .

**RESPECTFULLY SUBMITTED** this _16th_ day of December 2020.

LERNER & ROWE, P.C.,

By _____
Thomas J. Howard, Esq.
2701 E. Camelback Road, Ste. 140
Phoenix, Arizona 85016
*Attorney for Plaintiff*

```
                                                    FILED
                                                Gary Harrison
                                            CLERK, SUPERIOR COURT
 1  LERNER & ROWE, P.C.                      1/20/2021 3:40:07 PM
    Thomas J. Howard, SBN 09125
 2  2701 E. Camelback Rd., Ste. 140          BY: ALAN WALKER /S/
    Phoenix, AZ  85016                              DEPUTY
 3  Telephone: (602) 977-1900                Case No. C20205595
    Fax: (602) 977-1901                       HON. LESLIE MILLER
 4  thoward@lernerandrowe.com
    minute_entries@lernerandrowe.com
 5  Attorneys for Plaintiff
```

### IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| SHAUNA LEWIS, Individually,<br><br>                         Plaintiff,<br>vs.<br><br>TARGET STORES, INC., a Foreign Entity;<br>JOHN DOES I-X and JANE DOES I-X,<br>individually and/or as husband and wife;<br>BLACK CORPORATIONS I-X and WHITE<br>LIMITED PARTNERSHIPS I-X,<br><br>                         Defendant. | No. C20205595<br><br>**PLAINTIFF'S CERTIFICATE REGARDING TIER SELECTION**<br><br>(Tort/Non Motor Vehicle - Premises Liability; Negligence) |

The undersigned certifies that he knows the dollar limits and any other limitations set forth by the local rules of practice for the applicable superior court, and further certifies that this case falls within the requirements for a **TIER 3** case based solely on the damages amount, however, the complexity of this case qualifies for **TIER 2** discovery and disclosure limit.

…

…

…

…

…

- 1 -

| | |
|---|---|
| 1 | **RESPECTFULLY SUBMITTED** this ___ day of December, 2019. |
| 2 | |
| 3 | |
| 4 | LERNER & ROWE, P.C., |
| 5 | |
| 6 | By _____ |
| 7 | Thomas J. Howard, Esq. |
| | 2701 E. Camelback Road, Ste. 140 |
| 8 | Phoenix, Arizona  85016 |
| | *Attorney for Plaintiff* |

PERSON/ATTORNEY FILING: Thomas J Howard
MAILING ADDRESS: 2701 East Camelback Road Suite 140
CITY, STATE, ZIP CODE: Phoenix, AZ 85016
PHONE NUMBER: (602)977-1900
E-MAIL ADDRESS: gdeleon@lernerandrowe.com
[ ☐ ] REPRESENTING SELF, WITHOUT AN ATTORNEY
(IF ATTORNEY) STATE BAR NUMBER: 009125, Issuing State: AZ

FILED
Gary Harrison
CLERK, SUPERIOR COURT
12/17/2020 11:35:09 AM
BY: ALAN WALKER /S/
DEPUTY

Case No. C20205595
HON. LESLIE MILLER

## ARIZONA SUPERIOR COURT, PIMA COUNTY

Shauna Lewis
Plaintiff(s),

V.

Target Stores, Inc.
Defendant(s).

CASE NO: _____

**RULE 102a FASTAR CERTIFICATE**

The undersigned certifies that he or she knows the eligibility criteria set by FASTAR Rule 101b and certifies that this case:

**(NOTE – YOU MUST CHECK ONE OF THE BOXES BELOW OR THE CLERK WILL NOT ACCEPT THIS FORM.)**

☐ **DOES** meet the eligibility criteria established by Rule 101b; or

☒ **DOES NOT** meet the eligibility criteria established by Rule 101b.

Dated: _____

Thomas J Howard /s/
SIGNATURE

```
                                                          FILED
                                                      Gary Harrison
                                                 CLERK, SUPERIOR COURT
1  LERNER & ROWE, P.C.                             1/20/2021 3:37:44 PM
   Thomas J. Howard, SBN 09125
2  2701 E. Camelback Rd., Ste. 140                BY: ALAN WALKER /S/
   Phoenix, AZ 85016                                    DEPUTY
3  Telephone: (602) 977-1900                       Case No. C20205595
   Fax: (602) 977-1901                             HON. LESLIE MILLER
4  thoward@lernerandrowe.com
   minute_entries@lernerandrowe.com
5  Attorneys for Plaintiff
```

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| SHAUNA LEWIS, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET STORES, INC., a Foreign Entity; JOHN DOES I-X and JANE DOES I-X, individually and/or as husband and wife; BLACK CORPORATIONS I-X and WHITE LIMITED PARTNERSHIPS I-X,<br><br>Defendant. | No. C20205595<br><br>**PLAINTIFF'S DEMAND FOR JURY TRIAL**<br><br>(Tort/Non Motor Vehicle - Premises Liability; Negligence) |

Plaintiff, by and through counsel undersigned, and pursuant to Ariz. R. Civ. P. 38(a)-(b) hereby **DEMANDS TRIAL BY JURY ON ALL COUNTS.**

**RESPECTFULLY SUBMITTED** this ___ day of December, 2020.

LERNER & ROWE, P.C.,

By _____
Thomas J. Howard, Esq.
2701 E. Camelback Road, Ste. 140
Phoenix, Arizona 85016
*Attorney for Plaintiff*

- 1 -



# Service of Process Transmittal
01/22/2021
CT Log Number 538929017

| | |
|---|---|
| **TO:** | Sue Carlson<br>Target Corporation<br>1000 Nicollet Mall<br>Minneapolis, MN 55403-2542 |
| **RE:** | **Process Served in Arizona** |
| **FOR:** | Target Stores, Inc.  (Assumed Name)  (Domestic State: MN)<br>Target Corporation (True Name) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | SHAUNA LEWIS, ETC., PLTF. vs. TARGET STORES, INC., ETC., ET AL., DFTS. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # C20205595 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/22/2021 at 12:58 |
| **JURISDICTION SERVED :** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/22/2021, Expected Purge Date: 01/27/2021<br><br>Image SOP<br><br>Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>3800 N. Central Avenue<br>Suite 460<br>Phoenix, AZ 85012<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.